On respondent's petition for reconsideration filed May 25, motion for relief from default granted; reconsideration allowed; former disposition (203 Or App 315, 125 P3d 98) withdrawn; affirmed July 26, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## KELLIE ANN VANDENEYNDE,
*Appellant.*

03C42759; A124231

139 P3d 1031

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).